S:\Files\5939 MSC LORENA\LEGAL+DISCOVERY\5939_Complaint.doc

KENNEDY LILLIS SCHMIDT & ENGLISH
Nathan T. Williams, Esq.
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiffs

15 CV 1649

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY a/s/o )
Woodland Foods, Ltd., and WOODLAND FOODS, )
LTD., )
)
Plaintiffs, )
)
– v. – )
)
M/V MSC LORENA )
her engines, tackle, etc., in rem, )       **COMPLAINT**
)
-and- )
)
MEDITERRANEAN SHIPPING COMPANY S.A., )
MEDITERRANEAN SHIPPING COMPANY (USA) )
INC., and BARSAN INTERNATIONAL, INC., in )
persona, )
)
Defendants. )

Plaintiffs, Federal Insurance Company ("FIC") and Woodland Foods, Ltd. ("Woodland"), by and through their attorneys, Kennedy Lillis Schmidt & English, allege the following upon information and belief:

FIRST: All and singular of the following premises are true and constitute admiralty or maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and fall within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

1

SECOND: At all relevant times, Plaintiffs had the legal status and principal offices and places of business stated in Schedule A, annexed hereto and by this reference made part hereof.

THIRD: At all relevant times, Mediterranean Shipping Company S.A. ("MSC"), Mediterranean Shipping Company (USA) Inc. ("MSC-USA"), and Barsan International, Inc. ("Barsan") have had the legal status and offices and places of business stated in Schedule A, have been engaged in business as common carriers of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the captioned vessel.

FOURTH: At all relevant times, the captioned vessel has been a general ship employed in the common carriage of merchandise by water for hire and is or will be, during the pendency of this action, within this District and within the jurisdiction of this Honorable Court.

FIFTH: On or about the date and at the port of shipment stated in Schedule A, the shipper recited therein delivered to MSC, MSC-USA, Barsan, and the captioned vessel, as common carriers, the shipment described in Schedule A, then being in good order and condition, and MSC, MCS-USA, Barsan, and the captioned vessel then and there accepted said shipment so shipped and delivered to them and, in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry said shipment to the port of destination stated in Schedule A, and there deliver the same in like good order and condition as when shipped, delivered to, and received by them to the consignees recited in Schedule A.

SIXTH: Thereafter, while in transit, the captioned vessel damaged the shipment described in Schedule A in violation of MSC's, MSC-USA's, Barsan's, and the captioned vessel's obligations and duties as common carriers of merchandise by water for hire.

SEVENTH: FIC is the subrogated underwriter of Woodland, the shipper, consignee, or owner of the shipment described in Schedule A, and together Plaintiffs bring this action on their own behalves and as agents or trustees on behalf of and for the interest of all parties who may be or become interested in said shipment, as their respective interests may ultimately appear, and Plaintiffs are entitled to maintain this action.

EIGHTH: By reason of the premises, Plaintiffs sustained damages in the amount of $27,161.16, as nearly as can now be estimated, no part of which has been paid although duly demanded.

WHEREFORE, Plaintiffs pray:

1. That process in due form of law issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

2. That if Defendants cannot be found within this District, then all their property within this District be attached in the sum of $27,161.16, with interest thereon and costs, the sum sued for in this complaint;

3. That judgment be entered in favor of Plaintiffs against Defendants for the amount of Plaintiffs' damages, together with interest and costs and the disbursements of this action;

4. That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims, issue against the captioned vessel, its engines, tackles, etc., and that all persons having or claiming any interest therein be cited to appear and answer under oath, all and singular the matters aforesaid, and that this Court pronounce judgment in favor of Plaintiffs for their damages, with interest, costs and disbursements, and that the captioned vessel may be condemned and sold to pay therefor; and;

3

      5.    That this Court grant Plaintiffs such other and further relief as may be just and proper.

Dated: New York, New York  
          March 4, 2015

KENNEDY LILLIS SCHMIDT & ENGLISH  
Attorneys for Plaintiffs

By: _____  
Nathan T. Williams  
75 Maiden Lane – Suite 402  
New York, New York  10038-4816  
Telephone: 212-430-0800

4

# SCHEDULE A

PLAINTIFF'S LEGAL STATUS

Plaintiff, Federal Insurance Company, was and is a New Jersey corporation with an office for the transaction of business at 15 Mountainview Road, Warren, New Jersey, 07059.

PLAINTIFF'S LEGAL STATUS

Plaintiff, Woodland Foods, Ltd., was and is an Illinois corporation with an office for the transaction of business at 3751 Sunset Avenue, Waukegan, Illinois, 60087.

DEFENDANT'S LEGAL STATUS

Defendant, Mediterranean Shipping Company, S.A., was and is a Swiss corporation with an office for the transaction of business at MSC - Mediterranean Shipping Agency AG, Steinentorstrasse 39, CH-4002 BASEL Switzerland.

DEFENDANT'S LEGAL STATUS

Defendant, Mediterranean Shipping Company (USA) Inc., was and is a New York corporation with an office for the transaction of business at 420 Fifth Avenue, 8th Floor, New York, New York, 10018.

DEFENDANT'S LEGAL STATUS

Defendant, Barsan International, Inc., was and is a Turkish corporation with an office for the transaction of business at 17-09 Zink Place, Unit 5, Fair Lawn, New Jersey, 07410.

DEFENDANT'S LEGAL STATUS

       Defendant, M/V MSC LORENA was the carrying vessel of cargo set forth in, and pursuant to, a contract of carriage as described below; at all relevant times, the said vessel was and is owned and operated by Compton Overseas Equities Corp, c/o MSC Mediterranean Shipping Co. S.A., chemin Rieu, 12-14, 1208 Geneva, Switzerland.

PARTICULARS OF CLAIM

Vessel: M/V MSC LORENA, Voyage No. UW401B

Port of Loading: Callao, Peru

Port of Discharge: New York, New York

Place of Delivery: Waukegan, Illinois

House Bill of Lading Number: SLLEX0265-13

House Bill of Lading Date: 15 January 2014

Container No.: MEDU6069286

Shipper: Peru Worldwide S.A.C.

Consignee: Woodland Foods

Notify Party: Ken Lehat & Assoc.

Cargo: White Quinoa

Nature of Loss: Water damage

Amount of Loss: $27,161.16

Kennedy Lillis Schmidt & English Reference: 5939