Form 07 - CORPORATION

P429235

**KENNEDY LILLIS SCHMIDT & ENGLISH**   KENNEDY LILLIS SCHMIDT & ENGLISH
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY A/S/O WOODLAND FOODS, LTD, ETANO<br>PLAINTIFF<br>- vs -<br>M/V MSC LORENA HER ENGINES, TACKLE, ETC. ETAL<br>DEFENDANT | index No. **15 CV 1649**<br>Date Filed<br>Office No. **5939**<br>Court Date. |

STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:

**RACHEL WISSNER** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **19TH** day of **MARCH, 2015** **12:41PM** at
   **17-09 ZINK PLACE UNIT 5**
   **FAIR LAWN NJ 07410**
I served a true copy of the **SUMMONS AND COMPLAINT, JUDGES RULES**
upon **BARSAN INTERNATIONAL, INC.**
a domestic corporation, the **DEFENDANT** therein named by delivering to, and leaving personally with
**TUGSAN URESIN, REGIONAL SALES DIRECTOR / MANAGING AGENT**
a true copy of each thereof.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

SEX: **MALE**   COLOR: **WHITE**   HAIR: **BROWN**

APP.AGE: **35** APP. HT: **5/10** APP. WT: **170**

OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
1st day of April, 2015

**HOLLY C BENDA**
ID # 2433813
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires May 13, 2018

RACHEL WISSNER
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-KLSE-429235