UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY a/s/o
Woodland Foods, Ltd., and WOODLAND FOODS
LTD.,

         Plaintiffs,

– v. –

M/V MSC LORENA
her engines, tackle, etc., in rem,

-and-

MEDITERRANEAN SHIPPING COMPANY S.A.,
MEDITERRANEAN SHIPPING COMPANY (USA)
INC., in personam

-and-

BARSAN INTERNATIONAL, INC., in personam

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2016

15 Civ. 1649 (SHS)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Federal Insurance Company and Woodland Foods, Ltd., by and through their attorneys, Kennedy Lillis Schmidt & English, Defendants Mediterranean Shipping Company S.A. and Mediterranean Shipping Company (USA) Inc., by and through its attorneys, Mahoney & Keane, LLP, and Defendant Barsan International, Inc., by and through its attorneys, Frilot, LLC, that the above-captioned action, including all direct claims and all claims over for indemnification or contribution, whether asserted or unasserted, by and between all parties, is voluntarily dismissed pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice and with each party to bear its own costs, expenses and attorneys' fees, against Defendants, M/V MSC LORENA, in rem, Mediterranean Shipping Company S.A. and Mediterranean Shipping Company (USA) Inc., in personam, and Barsan International, Inc., in personam.

1

Dated: New York, New York  
January 6, 2015

KENNEDY LILLIS SCHMIDT & ENGLISH  
Attorneys for Plaintiffs, Federal Insurance Company and Woodland Foods, Ltd.

By: _____  
Nathan T. Williams  
75 Maiden Lane – Suite 402  
New York, New York 10038  
Telephone: 212-430-0800

Dated: New York, New York  
January 6, 2015

MAHONEY & KEANE, LLP  
Attorneys for Defendant Mediterranean Shipping Company S.A. and Mediterranean Shipping Company (USA) Inc.

By: _____ (by NTW with permission)  
Garth S. Wolfson  
40 Worth Street, 10th Floor  
New York, New York 10013  
Telephone: 212-385-1422

Dated: New York, New York  
January 6, 2015

LENNON, MURPHY & PHILLIPS, LLC  
Attorneys for Defendant, Barsan International, Inc.

By: _____ (by NTW with permission)  
Patrick F. Lennon, Esq.  
420 Lexington Avenue, Suite 300  
New York, New York 10170  
Telephone: 212-490-6050

SO ORDERED: 1/6/2016

_____  
U.S.D.J.

2